AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| RYAN MICHAEL FRANCIS and TENISHA FRANCIS | ) Case No.  13-8339-JMH |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 11, 2012 – July 9, 2013  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC § 1029(a)(2) | Fraud related to access devices. |
| Title 18, USC § 656 | Embezzlement by bank employee. |
| Title 18, USC § 371 | Conspiracy to commit the aforelisted offenses. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Gregory L. Thompson, Jr.  S/A, USSS
*Printed name and title*

I find probable cause.
Sworn to before me and signed in my presence.

Date: 7/22/13

*Judge's signature*

City and state:  West Palm Beach, FL   James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Gregory L. Thompson, Jr., being duly sworn, depose and say:

1. I am a Special Agent with the United States Secret Service (USSS), and I have been so employed since July 2006. Prior to working for the USSS, I was a Customs & Border Protection Officer in the Southern District of Florida for three years. As a USSS Special Agent, I am responsible for the investigation of violations of United States law, including violations of Title 18 of the United States Code. I have received extensive training in the investigation of counterfeit currency, check fraud, bank fraud, access device fraud, and identity theft, among other things.

2. The information in this affidavit is based on my own personal knowledge and information obtained from other law enforcement personnel. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause in support of a criminal complaint charging Tenisha Francis and Ryan Francis (no relation) with access device fraud, embezzlement by a bank employee, and conspiracy to commit these offenses. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all facts known to law enforcement.

3. This investigation was initiated upon receipt of information from TD Bank Investigators Yadira Rodriguez and Donna Cataldo regarding seven (7) fraudulent accounts opened by Financial Services Representative (FSR) Tenisha Francis. Investigation revealed that TD Bank employee Tenisha Francis opened said accounts with information obtained from co-conspirator Ryan Francis, and then performed maintenance on these accounts. After opening the seven (7) fraudulent accounts, Tenisha Francis also changed certain identifiers associated with the accounts, such as customers' dates of birth,

addresses and telephone numbers. Investigation revealed that stolen U.S. Treasury checks were deposited into the accounts, and funds were withdrawn via check card purchases, ATM withdrawals and checks payable to third parties. These third party payees included Ryan Francis, Vanessa Brown and J.A. Kingz Automotive, LLC. Investigation revealed that Ryan Francis and Vanessa Brown are husband and wife, and that Ryan Francis is the owner of J.A. Kingz Automotive, LLC. Further investigation revealed that Tenisha Francis established other accounts at TD Bank which experienced some sort of U.S. Treasury tax return fraud; however, the details of this later discovery are still being unveiled. The loss to date is approximately $69,506.20 and the exposure is approximately $131,944.50. All of the events occurred in Palm Beach County, in the Southern District of Florida.

4. The following fraudulent accounts were opened by FSR Tenisha Francis: On January 11, 2012 FSR Tenisha Francis opened "Student Checking" account# XXXXXX2260 in the name of victim Worth McCullough (DECEASED), 914 NW 13th Ave, Fort Lauderdale, FL 33311; date of birth XX/XX/43. On February 14, 2012, debit card number XXXXXXXXXXXX0134 was issued in the name of the account holder. On April 15, 2012, public records indicate that the account holder passed away. On April 16, 2012, an $80.00 ATM withdrawal was made with the debit card (no video is available for this transaction). On May 21, 2012, an unidentified black male made a $100.00 deposit into the account via ATM. On May 22, 2012, an IRS ACH credit was made into the account for $8,912.00. The payee was listed as Marie Jordan. On May 23, 2012 an IRS ACH credit was made into the account for $9,057.00. The payee was listed as Theodora Eptaminitis. On May 22, 2012, a replacement debit card was requested for this account

via the "Call Center;" however this card was never used. On May 23, 2012, FSR Tenisha Francis created debit card #XXXXXXXXXXXX8109, which was issued in the name of account holder Worth McCullough. From May 22, 2012 thru May 25, 2012, the #XXXXXXXXXXXX8109 debit card was used to make ATM withdrawals and check card purchases totaling $5,729.55.

5. On July 30, 2012, at approximately 1518 hours, checking account #XXXXXX7832 was opened in the name of victim Morris Levitt, 914 39th Street, West Palm Beach, FL 33407; date of birth DOB: XX/XX/33. Morris Levitt was listed as the sole authorized signer and check card holder for this account. The account was opened by FSR Tenisha Francis. On July 30, 2012, one deposit consisting of U.S. Treasury check #36765427, in the amount of $36,100.00, payable to "Morris Levitt," was deposited into the account via the drive thru (no video or photos are available for this transaction). The address on the check was 1505 W. Tharpe St. Apt 934, Tallahassee, FL 32303, which did not match the address on file for said payee. Between August 8, 2012 and August 13, 2012, several changes were made to the customer's profile (phone number, date of birth, address, etc.) by FSR Tenisha Francis. TD Bank investigators were unable to locate any supporting documentation for the changes, thus the reason for the changes are unknown. It should be noted that during a later interview, Tenisha Francis admitted that Ryan Francis requested that the changes to this account be made so that whomever he (Ryan Francis) was working with would assume that the money did not clear the account, thus cutting another possible co-conspirator out of his portion of the fraudulent proceeds. Between August 7, 2012 and August 14, 2012, funds in this fraudulent account were depleted via debit card purchases, ATM withdrawals and checks paid. Check #0098, in the amount of

$9,750.00, dated August 7, 2012 was paid to J.A. Kingz Automotive (Ryan Francis' business). Check #0099, in the amount of $6,000.00, dated August 7, 2012 was paid to Vanessa Brown (Ryan Francis' wife). Check #0100, in the amount of $6,500.00, dated August 7, 2012 was paid to Ryan Francis. On October 31, 2012, TD Bank received reclamation #2246259 from the Department of Treasury in reference to the $36,100 deposit with the reason being "Unauthorized Negotiation". On November 9, 2012, TD Bank returned $36,100 to the U.S. Treasury, resulting in a loss of $36,100.00 to TD Bank. Morris Levitt was interviewed on May 31, 2013, and confirmed that he did not have an account at TD Bank and did not authorize anyone to conduct business on his behalf, that he was unaware of the fraud at TD Bank, and that he has never resided in Tallahassee, Florida.

6. On August 24, 2012 at 1434 hours, Tenisha Francis opened checking account number XXXXXX9432 in the name of William Irby (DECEASED), 17791 35th Place, N., Loxahatchee, FL 33470; date of birth XX/XX/32. At 1735 hours, a U.S. Treasury check in the amount of $10,055.05 was deposited into the account. The check was made payable to William Irby, 149 Main Street, Lakeland, Georgia 31635. From August 27, 2012 thru August 31, 2012, funds from this account were withdrawn via check card purchases, and ATM withdrawals made by an unidentified black male. Check #0100, dated August 26, 2012, in the amount of $6,500.00, was paid to JA Kingz Automotive LLC, (Ryan Francis' business).

7. On May 8, 2013, FSR Tenisha Francis opened two accounts using victim Aaron Payne's information: 123 Erie Street, Lake Worth, Florida 33461; date of birth XX/XX/87. Francis opened checking account #XXXXXX7111 and savings account #XXXXXX9721 in the victim's name. During the moments that she opened the accounts,

surveillance video shows Ryan Francis standing at FSR Tenisha Francis' desk. On May 11, 2013, an unidentified black male made multiple deposits into the checking and savings accounts, each for $20.00, via ATM. On May 22, 2013, there were four U.S. Treasury ACH credits into the checking account, with the following payees: Caroline Winer ($600.00), Casey H. McKinless ($1,093.00), Cynthia P. Brito ($1,105.00) and Kenyon I. Cole ($1,105.00). Later on May 22, 2013, an unidentified black male attempted a withdrawal for $700.00 at a TD Bank ATM. This withdrawal was unsuccessful. Continuing on May 22, 2013, an unidentified black male made a withdrawal for $660.00 at another TD Bank ATM. On May 23, 2013, ATM surveillance video shows that Ryan Francis conducted a balance inquiry using a secondary card attached to this account.

8. On May 13, 2013, FSR Tenisha Francis opened account #XXXXXX7096 in the name of victim Rhonda Powell, 4967 Community Drive, West Palm Beach, Florida 33417. U.S. Passport #XXXXX9872 was used to open this account. Surveillance video shows that there was no customer present at Francis' desk when Francis opened this account, in violation of TD Bank policy. On May 17, 2013, an unidentified black male made a deposit of $20.00 into this account via a TD Bank ATM. On May 24, 2013, a deposit for $50.00 was made into this account via another TD Bank ATM. Various checks/drafts were issued for this account: Counter Check #280262, dated May 29, 2013, in the amount of $7,000, paid to Ryan Francis; Counter Check #280272, dated June 3, 2013, in the amount of $4,800, paid to Ryan Francis. From the dates of May 28, 2013 thru June 12, 2013, thirty-three U.S. Treasury ACH tax refunds, each for the amount of $600.00, were deposited into this fraudulent account. None of the payees matched the information on file for this account. On May 29, 2013, there was an FPL direct debit

electric payment in the amount of $276.00 deducted from this account. On May 30, 2013, there was a second FPL direct debit electric payment in the amount of $192.00 deducted from this account. On June 6, 2013, a PayPal debit for $4,000.00 was deducted from this account. On June 13, 2013, a PayPal debit for $1,100.00 was returned to this account.

9. On June 4, 2013, Tenisha Francis opened account#XXXXXX7674 in the name of victim Ismaude Jolicoer, using U.S. Passport# XXXX6238. Surveillance video shows that Ryan Francis was standing at Tenisha Francis' desk at the time she opened this fraudulent account. A single debit card was created in the account holder's name. Later on June 4, 2013, an unidentified black male deposited $40.00 via a TD Bank ATM. On June 18, 2013, three U.S. Treasury ACH credits, each for $1,093.00, were deposited into this account. The payees were Bradlee Forrester, Gregory Coffee and Shimar Cole. On July, 1, 2013, starter check #0098 for $2,000 was paid to Ryan Francis, and was deposited at JP Morgan Chase Bank, and endorsed by JA Kinz Automotive LLC. On July 1, 2013, an unidentified black male withdrew $600.00 from this account via a TD Bank ATM. On July 2, 2013, surveillance video shows that Ryan Francis utilized the victim's debit card and withdrew $600.00 from another TD Bank ATM. On July 4, 2013, surveillance video shows that Ryan Francis utilized the victim's debit card and withdrew $100.00 from this account.

10. On June 7, 2013, Tenisha Francis opened fraudulent checking account #XXXXXX7624 in the name of victims Christian and Samantha Langenstein, 3501 S. Olive Avenue, West Palm Beach, FL 33405. On June 9, 2013, a U.S. Treasury tax refund in the amount of $25,568.00, payable to Christian E., and Samantha Langenstein, was deposited into this account via the drive thru at the TD Bank located at 4646 Okeechobee

Boulevard, Royal Palm Beach, Florida 33411. Thereafter, three checks were issued from this account: check #0098, dated June 11, 2013 payable to Ryan P. for $12,500 was processed/cleared at JP Morgan Chase, and the memo line indicated 2006 BMW 750IL; check #0099, dated June 10, 2013 payable to Cash Max of Palm Beach Inc. for $10,000 processed at JP Morgan Chase, and the memo line indicated mortgage payment; check #0100, dated June 11, 2013 payable to Jean Roc, Ryan Francis' co-worker at JA Kingz Automotive, LLC for $2,000.00 was deposited into another TD Bank account on June 12, 2013. TD Bank debit card XXXX-XXXX-XXXX-2457 issued for Christian E. Langenstein was used by an unidentified black male for several withdrawals and check card purchases from June 10, 2013 thru June 13, 2013. Victim Christian Langenstein was interviewed on July 7, 2013 and stated that he did not authorize anyone to conduct business on his behalf, and that he did not have knowledge of this scheme to defraud, and that he became aware of this scheme after receiving TD Bank account papers in the mail.

11. On July 9, 2013, Tenisha Francis was read her *Miranda* rights and acknowledged her understanding of these rights verbally and by signing the USSS *Miranda* form. Tenisha Francis was cooperative and admitted to opening the above listed fraudulent accounts for Ryan Francis. Tenisha Francis stated that Ryan Francis paid her between $200.00 to $500.00 to open each fraudulent account. She further stated that Ryan Francis provided her with the victims' information on handwritten pieces of paper, which she discarded, or via cell phone text messages, which she deleted. Tenisha Francis further indicated that she would meet co-conspirator Ryan Francis at a variety of locations, including her residence, and would provide him with the debit cards associated with the fraudulent accounts. Tenisha Francis stated that she only conspired with Ryan Francis and did not

have knowledge of any other co-conspirators.

12. Your affiant knows that TD Bank is FDIC insured. TD Bank has multiple branches throughout the United States.

13. Based upon the foregoing, I submit that there is probable cause to believe that Tenisha Francis and Ryan Francis did knowingly and with intent to defraud TD Bank and its customers, commit fraud related to access devices, in violation of Title 18, United States Code, Section 1029(a)(2), embezzlement by a bank employee, in violation of Title 18, United States Code, Section 656, and conspiracy to commit the above-listed offenses, in violation of Title 18, United States Code 371.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
GREGORY L. THOMPSON, JR.,
SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn and subscribed before
me this 22 day of July, 2013.

_____
HONORABLE JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE