UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-80164-CR-RYSKAMP/HOPKINS(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TENISHA NKESHA FRANCIS, | ) |
| | ) |
| Defendant. | ) |
|_____/| |

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE PRE-SENTENCE INVESTIGATION REPORT

**THIS MATTER** having come before the Court upon the Defendant's *Unopposed Motion for Extension of Time to File Response to the Pre-Sentence Investigation Report,* and the Court having reviewed the same and being otherwise fully advised of the premises, it is hereby;

**ORDERED** that the Defendant's *Unopposed Motion for Extension of Time to File Response to the Pre-Sentence Investigation Report* is _____.

**DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida this _____ day of June, 2014.

_____
**HONORABLE KENNETH L. RYSKAMP**
**UNITED STATES DISTRICT JUDGE**

cc:     Patrick R. McKamey, Esquire
        Rinku Trinuiani, AUSA
        Nicole Garcia, U.S. Probation Officer